UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIYOSHI GARCIA, *et. al.,* on behalf of the State of California, themselves, and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTLAND FARMS, LLC, *et. al.*<br><br>Defendants. | Case No. 1:20-cv-00190-KES-HBK<br><br>ORDER STAYING CASE ONLY AS TO DEFENDANTS WESTLAND FARMS, LLC AND MADERA PERSIMMON GROWERS, INC. |

On August 21, 2025, the Court held a telephonic status conference. In the joint status report filed before the status conference (Doc. No. 84), and as confirmed at the status conference, Plaintiffs and counsel for Defendants Westland Farms, LLC and Madera Persimmon Growers Inc. advised on the record that they intended to proceed with scheduling a mediation. (See Doc. No. 84 at 5).

The court is vested with broad discretion to stay a case. *Clinton v. Jones*, 520 U.S. 681, 705 (1997) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). As a rule, "stays should not be indefinite in nature." *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066-67 (9th Cir. 2007). If a stay is especially long or indefinite, a greater showing is required to justify it and the court must "balance the length of any stay against the strength of the justification given for it." *Yong v. I.N.S.*, 208 F.3d 1116, 1119 (9th Cir. 2000).

The Court finds in its discretion that a stay of this action is appropriate and will stay this action only as to Plaintiff's claims against Defendants Westland Farms, LLC and Madera Persimmon Growers Inc. may direct their resources and attention to mediation.  The case is <u>not</u> stayed as to Plaintiff's claims against Defendants M.G. Luna, Inc. and Maria Guadalupe Luna.

Accordingly, it is **ORDERED**:

1. The Court STAYS this action **only** as to claims against Defendants Westland Farms, LLC and Madera Persimmon Growers Inc. for 60 days from the date of this Order.
2. No later than 60 days of the date of this Order, the Parties shall file a Notice with the Court identifying their agreed-upon mediator and the date mediation is scheduled and whether a further stay of the proceedings as to Plaintiff and Defendants Westland Farms, LLC and Madera Persimmon Growers Inc. is warranted.

Dated:  August 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2