UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIYOSHI GARCIA, *et. al.,* on behalf of the State of California, themselves, and all other similarly situated,

Plaintiffs,

v.

WESTLAND FARMS, LLC, *et. al.*

Defendants.

Case No. 1:20-cv-00190-KES-HBK

ORDER TO DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED

August 28, 2026 Deadline

The Court set a status conference for August 19, 2026, in its Order dated August 4, 2026. (Doc. 95). Defendants Westland Farms, LLC, and Madera Persimmon Growers, Inc. and/or defense counsel, Peter Beckman, failed to appear at the August 19, 2026 status conference. (Doc. 98).

Failure to comply with a court order or to appear at a court-ordered conference may warrant the imposition of sanctions. Local Rule 110.

Accordingly, IT IS ORDERED:

1. Defendants Westland Farms, LLC, and Madera Persimmon Growers, Inc. and/or defense counsel, Peter Beckman, shall SHOW CAUSE, in writing, why sanctions should not be imposed for their failure to appear at the August 19, 2026 status conference and failure to comply with the Court's August 4, 2026 Order.

2. Failure to file a timely and adequate response may result in sanctions without further notice, including monetary sanctions, or any other sanction authorized by law, the Federal Rules of Civil Procedure, and the Court's inherent authority.

Dated: August 19, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE