UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIYOSHI GARCIA, *et. al.,* on behalf of the State of California, themselves, and all other similarly situated,

Plaintiffs,

v.

WESTLAND FARMS, LLC, *et. al.*

Defendants.

Case No. 1:20-cv-00190-KES-HBK

ORDER TO DEFENDANTS WESTLAND FARMS, LLC, PERSIMMON GROWERS, INC., AND PETER BECKMAN

ORDER SETTING TELEPHONIC STATUS CONFERENCE

On August 19, 2026, the Court issued a show cause order after Peter Beckman, counsel for Defendants Westland Farms, LLC, and Madera Persimmon Growers, Inc., failed to appear at the status conference set for that same day. (Doc. 100). There has been no timely response to the show cause order.

The Court takes judicial notice under Federal Rule of Evidence 201 of the official attorney-status record for Peter Beckman, State Bar of California No. 85105, as maintained by the State Bar of California.[1] The record reflects that, as of July 1, 2026 to the present, Peter Beckman is presently listed as "Not Eligible to Practice Law."

Accordingly, IT IS ORDERED:

1. The Clerk shall serve a copy of this Order directly on Defendants Westland Farms,

[1] https://apps.calbar.ca.gov/attorney/Licensee/Detail/85105 (last visited September 5, 2026).

LLC, and Madera Persimmon Growers, Inc., in addition to service through the Court's electronic filing system, at the following last-known address(es) and contact information:

a. Westland Farms, LLC, 17704 Copus Rd., Bakersfield, CA 93311, Attn. Geri Tran;

b. Persimmon Growers Inc., 19312 Road 17, Madera, CA 93637 and 12311 Champlin Place, Bakersfield, CA 93311.

2. **No later than September 29, 2026**, Defendants shall do the following:

a. Cause an attorney admitted to practice before this Court to file a notice of appearance on Defendants' behalf; and

b. File a substitution of attorney signed as required by Local Rule 182(g), identifying counsel admitted to practice before this Court.

3. A further telephonic status conference is set for **October 8, 2026 at 2:00 P.M**. Telephonic conferences are joined by calling: (Dial-In: 669-254-5252; meeting ID 160 644 7139; passcode 646053). Defendants must appear through qualified counsel. Any newly appearing counsel shall be prepared to address the status of the case, all outstanding deadlines, and a proposed schedule for proceeding.

4. To avoid unfair prejudice while Defendants receive notice and have a reasonable opportunity to secure qualified representation or appear personally, the Deadline to File Opposition for Class Certification, Deadline to File a Reply, and Class Certification Hearing will be continued to a date to be set at the status conference. The deadline for Plaintiff to file a Class Certification Motion remains in effect.

5. **No later than September 14, 2026**, Peter Beckman shall file a declaration stating:

a. His current California State Bar status and, if applicable;

b. Whether he received the Court's notice of the August 19, 2026 status conference (Doc. 95) and the Order to Show Cause dated August 19, 2026 (Doc. 100);

c. If applicable, the date and manner in which he notified Defendants of his

current attorney status;

d. Whether he contends that any circumstance prevented compliance with the Court's prior orders. This requirement does not relieve Peter Beckman of any duty imposed by this Court's local rules, the Rules of Professional Conduct, or other applicable law.

6. Defendants are advised that failure to comply with this Order, including the failure to cause qualified counsel to appear, may result in sanctions. Such sanctions may include orders affecting Defendants' claims or defenses, striking of pleadings, entry of default, or other appropriate relief. Attorney Peter Beckman is advised that failure to comply with this Order may result in sanctions, referral to the Court's attorney-disciplinary process, and such other relief as may be authorized by law.

7. This Order does not determine, at this time, whether Peter Beckman remains eligible to practice before this Court or whether any disciplinary, contempt, or monetary sanction is warranted. Those issues are reserved.

Dated: September 8, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE