UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIYOSHI GARCIA, *et. al.,* on behalf of the State of California, themselves, and all other similarly situated,

Plaintiffs,

v.

WESTLAND FARMS, LLC, *et. al.*

Defendants.

Case No. 1:20-cv-00190-KES-HBK

ORDER GRANTING DEFENDANTS WESTLAND FARMS, LLC, AND PERSIMMON GROWERS, INC. REQUEST FOR AN EXTENSION OF TIME; ORDER RESCHEDULING TELEPHONIC STATUS CONFERENCE

(Doc. 103)

On September 29, 2026, Sithol Yin, President of Westland Farms, LLC,[1] filed a timely declaration in response to the Court's September 8, 2026 Order. (Doc. 103). Mr. Yin requests an extension through October 6, 2026, to retain counsel to represent Westland Farms, LLC, and Persimmon Growers, Inc. in this action. He states that he has been unable to contact the companies' current counsel, Peter Beckman, and therefore cannot obtain the companies' files needed to retain replacement counsel.

Good cause appearing, the Court GRANTS the requested relief.

////

[1] Mr. Yin identified Persimmon Growers Inc. in the return address of his declaration. The Court therefore construes the request as having been submitted on behalf of both Westland Farms, LLC and Persimmon Growers, Inc.

Accordingly, IT IS ORDERED:

1. Defendants' request for an extension of time (Doc. 103) is GRANTED.
2. No later than October 6, 2026, Defendants shall: (a) Cause an attorney admitted to practice before this Court to file a notice of appearance on their behalf; and (b) File a substitution of attorney, signed as required by Local Rule 182(g), or file a written explanation why a substitution of attorney cannot be filed.
3. The status conference currently set for October 8, 2026 at 2:00 P.M. is VACATED and RESET for **October 16, 2026 at 1:00 P.M.** The Conference will proceed telephonically. Participants shall call 669-254-5252 and enter meeting ID 160 644 7139 and passcode 646053. Defendants must appear through qualified counsel. Newly appearing counsel shall be prepared to address the status of the action, all outstanding deadlines, and a proposed schedule for further proceedings.
4. Defendants are advised that failure to comply with this Order may result in sanctions. Such sanctions may include orders affecting Defendants' claims or defenses, striking of pleadings, entry of default, or other appropriate relief.
5. The Clerk shall serve a copy of this Order by mail and email on Mr. Sithol Yin at the mailing address and email address provided in his declaration (Doc. 103).

Dated: October 1, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE