UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIYOSHI GARCIA, *et. al.,* on behalf of the State of California, themselves, and all other similarly situated,

Plaintiffs,

v.

WESTLAND FARMS, LLC, *et. al.*

Defendants.

Case No. 1:20-cv-00190-KES-HBK

ORDER RESETTING DEADLINES IN THE CLASS CERTIFICATION SCHEDULING ORDER AND VACATING OCTOBER 16, 2026 STATUS CONFERENCE

On October 10, 2026, Defendants Madera Persimmon Growers, Inc. and Westland Farms, LLC filed a status report requesting a 60-day extension to respond to Plaintiff's motion for class certification. (Doc. 111). Defendants' new counsel seek additional time to obtain the case file from former counsel and prepare an opposition.

The Court finds good cause to grant the requested relief.

Accordingly, IT IS ORDERED:

1. Defendants' request for an extension of time (Doc. 111) is GRANTED.
2. Defendants shall file their opposition to Plaintiff's motion for class certification by December 14, 2026.
3. Plaintiff shall file any reply by December 28, 2026.
4. The hearing on Plaintiff's motion for class certification is set for January 29, 2027, at

10:00 a.m. in Courtroom 2 in Fresno.

5. The October 16, 2026 status conference is VACATED.
6. The parties shall meet and confer regarding the feasibility of a settlement conference or private mediation and shall promptly notify the Court if they jointly request a settlement conference.
7. All other provisions of the August 19, 2026 Class Certification Scheduling Order (Doc. 99) remain in effect.

Dated: October 14, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE